UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　　Case No. 3:22-cr-74

vs.

JERRELL LAMAR HARBOR, SR.,　　　　　District Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 33)

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Jerrell Lamar Harbor, Sr.'s guilty plea.  Doc. No. 33.  There being no objections, the Court **ADOPTS** the report and recommendation in full.  The Court accepts Defendant's plea of guilty as charged in the indictment currently pending against him and finds him guilty as charged of knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year and knowingly possessing a firearm that was in and affected commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).  *See* Doc. No. 18.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

    **IT IS SO ORDERED.**

  December 19, 2022　　　　　　　　　　　　s/Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Michael J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge